[Cite as *Ohio Capital Journal v. Pub. Util. Comm. of Ohio*, 2022-Ohio-4825.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| OHIO CAPITAL JOURNAL, et al. | Case No. 2022-00469PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| PUBLIC UTILITIES COMMISSION OF OHIO | |
| Respondent | |

**{¶1}** On November 30, 2022, a Special Master issued a Report and Recommendation (R&R) in this public-records case. The Special Master recommends denial of a motion to dismiss filed by Respondent. (R&R, 3.) The Special Master states:

> Upon consideration of the pleadings and attachments the Special Master recommends the court find requester's claim for production of records moot to the extent that responsive records have been provided prior to the filing of the complaint and during mediation. The Special Master further recommends the court find that the [Respondent] has thus far produced records in a timely manner and urge that office to continue and complete its review and production of the remaining responsive records within a reasonable time. The Special Master recommends the court absorb costs in this action.

(R&R, 7.)

**{¶2}** Neither party has timely objected to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review, the Court determines that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court adopts the Report and Recommendation. In accordance with the Special Master's Report and Recommendation, the Court finds that Requester's claim for production of records is moot to the extent that responsive records have been provided before the filing of the Complaint and during mediation, and Respondent has thus far produced records in a timely manner. The Court denies Respondent's motion to dismiss. The Court asks Respondent to continue and complete its review and production of the remaining responsive records within a reasonable time. Court costs are absorbed the Court. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK E. SHEERAN
Judge

**Filed December 20, 2022**
**Sent to S.C. Reporter 1/9/23**